AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

GOOGLE, INC.
1600 AMPHITHEATER PARKWAY
BUILDING 47
MOUNTAIN VIEW, CA 94043

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   JAY GREENBERG   being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
Google, Inc., 1600 Amphitheater Parkway, Building 47, Mountain View, California 94043, as further described in attachment A which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely  (describe the person or property to be searched)
**contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B, which is attached hereto and is incorporated reference**

which is  (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title   18   United States Code, Section(s)  § 1876 .  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

JEFFREY R. RAGSDALE
Federal Major Crimes Section
(202) 514-8321

Signature of Affiant
Jay Greenberg,  Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer         Signature of Judicial Officer