**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Jay Greenberg, being duly sworn, depose, and state as follows:

**I.    INTRODUCTION**

1. From July 11, 2005, to the present, I have been employed as a Special Agent for the Federal Bureau of Investigation (FBI), U.S. Department of Justice. I am currently assigned to the FBI's Washington Field Office and stationed at the Northern Virginia Resident Agency. My primary duty as a Special Agent is to investigate allegations of civil rights violations. As a Special Agent, I have received specialized investigative training at the FBI Academy in Quantico, Virginia and have conducted a number of criminal investigations.

2. The facts and information contained in this Affidavit are based on my personal knowledge and observations; my review of records and documents obtained during this investigation; information received from other individuals, including witnesses and members of other Law Enforcement agencies; and my experience and training as a Special Agent of the FBI. This Affidavit does not set forth all information known to the FBI about this case and is being submitted solely for the purpose of providing sufficient information to establish probable cause in support of this application.

## II.    PREMISES TO BE SEARCHED

3.    This Affidavit is submitted in support of a search warrant application to obtain evidence that Randall C. Ashby II (Ashby) has violated Title 18, United States Code, Section 875c (Interstate Communication of a Threat).  The property to be searched is the offices of Google, Inc, 1600 Amphitheatre Parkway, Building 47, Mountain View, California 94043, which are described more fully in Attachment A.  Wherefore, your Affiant requests authorization to seize and search all records associated with the email account amgonow@gmail.com, which are described more fully in Attachment B.

## III.    FACTS AND CIRCUMSTANCES

4.    Google, Inc. is a commercial computer service that offers subscribers access to electronic communication (e-mail) via an internet email service named Gmail.  Gmail enables subscribers to communicate by computer similar to writing letters and sending them through normal mail.

5.    Since May of 2006, the FBI has been conducting an investigation into the receipt of a threatening email by the National Association for the Advancement of Colored People (NAACP), Washington Bureau.  As described more fully below, the NAACP, Washington Bureau received this threatening email at their business email address from amgonow@gmail.com on May 22, 2006 at 11:37 PM EST.

6.    On May 22, 2006 at 11:37 PM EST, Carol Kaplan, a Congressional Analyst for the NAACP, received a threatening email from an individual or organization known as the Antichrist Millenium.  The threatening communication was sent from amgonow@gmail.com, and was forwarded to the Washington Field Office of the FBI.

7.    The threatening email received by the NAACP, Washington Bureau, advised, "You are no match for our numbers and our power. We will come out of the night and rise from the dirt to murder you in your sleep. Meet us on 6/6/06 to seal your fate. The end is at hand, accept your place at the foot of the true master's throne. The kingdom of god is for naught, Hell will rule the earth soon enough. We will meet you at the center of sin, Washington on June 6th or you can hide and die like the insignificant mortals you are. Christ is Dead."

8.    On June 2, 2006, in response to a Federal Grand Jury Subpoena, Google Inc., the operator of the email service provided at www.gmail.com, advised that the email account amgonow@gmail.com was created and first accessed on May 22, 2006 at approximately 10:55 PM EST. The account registration was applied for under the name Antichrist Millenium, and a secondary email account of iamrandybabyyeah@yahoo.com was provided as well. Additionally, Google determined that the account was created and accessed on May 22, 2006 from the Internet Protocol (IP) Address 209.197.34.27. The first session that the user Antichrist Millenium conducted lasted from 10:55 PM EST until 11:53 PM EST of May 22, 2006. Unless the IP Address 209.197.34.27 was somehow temporarily stolen, the individual or group that was logged in to the Google-provided email account amgonow@gmail.com from the IP Address 209.197.34.27 generated the threatening email that was received by the NAACP, Washington Bureau.

9.    On June 5, 2006, in response to a Federal Grand Jury Subpoena, Yahoo! Inc., the operator of the email service provided at www.yahoo.com, advised that the email account iamrandybabyyeah@yahoo.com was created on August 26, 2002. The account registration was applied for under the name Mr. Randolph C. Ashby II of Brockport, New York 14420. Additionally, Yahoo! Inc. determined that the email account iamrandybabyyeah@yahoo.com was accessed on May 22, 2006 at 8:40 AM EST and again on May 23, 2006 at 9:52 AM EST from the Internet

Protocol (IP) Address 209.197.34.27. The IP address that was used to access the iamrandybabyyeah@yahoo.com email account on the morning of May 22, 2006, was used later that same day to access the amgonow@gmail.com account, which was used to send a threatening email to the NAACP, Washington Bureau. That same IP address was used the following day, May 23, 2006, to again access the iamrandybabyyeah@yahoo.com email account.

10. Special Agents of the FBI utilized online resources to determine that the IP Address 209.197.34.27 is currently leased by the Law Offices of Bailey, Stultz, Oldaker, and Greene, located in Weston, West Virginia. FiberNet of West Virginia owns the IP Address 209.197.34.27, and FiberNet of West Virginia confirmed that on May 22, 2006, IP Address 209.197.34.27 was assigned to a customer by the name of Bailey, Shultz, Oldaker, and Greene, 122 Court Avenue, PO Box 1310, Weston, West Virginia 26452, billing telephone number (304) 269-1311. Public source searches revealed that a company named Bailey, Stultz, Oldaker, and Greene is located at 122 Court Avenue, PO Box 1310, Weston, West Virginia 26452, business telephone number (304) 269-1311.

11. Special Agent of the FBI conducted interviews in Weston, West Virginia with personnel and associates of Bailey, Stultz, Oldaker, and Greene and learned that Bailey, Stultz, Oldaker, and Greene had an annex located across a parking lot from the main offices. This annex is accessible via an apartment, which had a door admitting direct, unmonitored access to the annex. Further investigation by the FBI revealed that Randall C. Ashby II (Ashby) rented the apartment from May 20, 2006 through early June of 2006.

12. The annex contained a computer that was on the network of Bailey, Stultz, Oldaker, and Greene, and this computer did not require a login to access the internet. A technical test was run on the network connection leading to the computer located in the annex, and the IP address assigned to that network connection in the annex is 209.197.34.27.

13.     Ashby vacated the Weston, West Virginia apartment attached to the annex in early June and left as a forwarding address 18 Lamplighter Lane, Dover, Delaware 19904. Special Agents of the FBI established contact with Ashby at 18 Lamplighter Lane, Dover, Delaware 19904, and Ashby was voluntarily interviewed at the FBI office in Dover, Delaware. During the interview, Ashby confirmed his temporary residence at the Weston, West Virginia apartment attached to the annex of Bailey, Stultz, Oldaker, and Greene from May 20, 2006 through early June of 2006. Ashby also confirmed that he accessed the internet during this period on a personal computer he carried with him using the internet connection in the annex. Ashby confirmed that while using the internet connection in the annex, Ashby accessed the email account iamrandybabyyeah@yahoo.com. Ashby confirmed that he is the only person with access to this email account and several others which Ashby regularly uses.

14.     Based upon the foregoing, there is probable cause to search amgonow@gmail.com for evidence of violations of Title 18, United States Code, Section 875c (Interstate Communication of a Threat). In addition, it is necessary to seize all email messages, both read and unread, for account amgonow@gmail.com, for the following reasons. First, because voluminous amounts of information can be stored in a computer account, and because it might be stored in a deceptive fashion or with deceptive file names to conceal criminal activity, the searching authorities must carefully open and examine all the stored data to determine which of the various files is evidence, fruits, or instrumentalities of the crime. This sorting process can be extremely time consuming and would be impractical to do at the offices of Google, Inc. Second, this sorting process must be done in a controlled environment, due to the extensive array of computer hardware and software that might be necessary for computer experts to analyze the data and to recover potentially "hidden," erased, compressed, password-protected, or encrypted files while at the same time ensuring integrity

of the data recovered and reducing the possibility of inadvertent modification of the data in question.

15.     For these reasons, I request authority to seize all content stored in the email account amg0now@gmail.com, to be searched off-site in a controlled environment. Federal law enforcement officials will review the records sought by the search warrant and will segregate any messages and content constituting evidence, fruits, or instrumentalities of violations of federal criminal law.

16.     Based upon the aforementioned facts, I respectfully submit that there is probably cause to believe that Randall C. Ashby II has violated Title 18, United States Code, Section 1876 (Threats by Mail) and that evidence (as described in Attachment A to this affidavit) relating to Ashby's

conduct exists in Gmail records located at 1600 Amphitheatre Parkway, Building 47, Mountain View, California 94043.

17. I swear that all of the above information is true and correct to the best of my knowledge.

                                                                 _____
                                                                 Jay Greenberg, Special Agent
                                                                 U.S. Department of Justice
                                                                Federal Bureau of Investigation

Sworn to and subscribed before, this _____ day of _____, 2006

_____
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A - PREMISES TO BE SEARCHED**

The property to be searched is the offices of Google, Inc, 1600 Amphitheatre Parkway, Building 47, Mountain View, California 94043. Within these offices, any electronic or paper storage devices storing any letters, drafts, notes, outlines, unopened email messages, stored email messages, deleted email messages, subscriber information, or account access information related to email account amgonow@gmail.com.

**ATTACHMENT B**

Items To Be Seized

Any and all documents in electronic form or otherwise, including but not limited to letters, drafts, notes, outlines, unopened email messages, deleted email messages, stored email messages, sent email messages, email message attachments, subscriber information, or account access information connection logs, log in records and internet service provider address, related to the email account amgonow@gmail.com.