# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

GOOGLE, INC.
1600 AMPHITHEATER PARKWAY
BUILDING 47
MOUNTAIN VIEW, CA 94043

**SEARCH WARRANT**

CASE NUMBER: 06-290-M-01

TO: __JAY GREENBERG__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Jay Greenberg__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Google, Inc., 1600 Amphitheater Parkway, Building 47, Mountain View, California 94043, as further described in attachment A which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property)

**contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B, which is attached hereto and is incorporated reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 2, 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 22 2006

Date and Time Issued            at Washington, D.C.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer      Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>06/22/2006  12:00 PM | DATE AND TIME WARRANT EXECUTED<br>06/22/2006  2:50 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>KEVIN TAYLOR & BETHWYN MORRIS |
| INVENTORY MADE IN THE PRESENCE OF  BETHWYN MORRIS | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) REGISTRATION INFORMATION FOR THE GMAIL ACCOUNT AMGONOW@GMAIL.COM.

2) INFORMATION REGARDING SESSION TIMESTAMPS AND ORIGINATING IP ADDRESSES FOR RECENT LOGINS BY THIS ACCOUNT.

3) CD CONTAINING THE EMAIL AVAILABLE IN THE GMAIL ACCOUNT.

**FILED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____    6/27/06
U.S Judge or Magistrate           Date